Elias against Charles F. Mitchell. I. M. Wormser, for appellant. B. Patterson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ELLIOTT v. GUARDIAN TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Appeal from Special Term, New York County. Action by Samuel Elliott against Guardian Trust Company of New York. From an order denying a motion to vacate order for examination of defendant, defendant appeals. Order reversed, and the order for examination of defendant modified. Joseph D. Fackenthal, for appellant. Henry L. Sprague, for respondent.

PER CURIAM. Order appealed from reversed, with $10 costs and disbursements, and motion granted, to the extent of modifying the order for the examination of defendant by inserting therein, after the word "complaint" in the second paragraph of the order excluding the recital of the moving papers, the following: "So far as the same relate to the execution of the mortgage by the La Dicha & Pacific Railroad Company and the acceptance of the trust by the defendant;" by inserting in the order before the words "to wit," in the ninth line of the second paragraph, the following: "For the purpose of refreshing the recollection of the witnesses and aiding their memories on the examination, and not for the purpose of inspection by the counsel for the plaintiff;" by striking out subdivisions 3 and 4 of the said second paragraph of the order; by modifying the fifth subdivision of said paragraph by striking out the words "subject-matter of this litigation or in any way relating to the matters set forth in said complaint," and inserting in lieu thereof the words "execution of the mortgage and the acceptance of the trust by the defendant"; by modifying the sixth subdivision of said paragraph by striking out the words "matters set forth in the complaint," and inserting in lieu thereof the words "execution of the mortgage and the acceptance of the trust by the defendant"; and by striking out at the end of said subdivision the words "the subject-matter of this litigation or in any way relating to the matters set forth in the complaint herein," and inserting in lieu thereof the words "or in any way relating to the execution of the mortgage and the acceptance of the trust by the defendant"; by modifying the seventh subdivision of said second paragraph by striking out the words "the subject-matter of this litigation or relating in any way to the matters set forth in the complaint," and inserting in lieu thereof the words "or relating in any way to the execution of the mortgage and the acceptance of the trust by the defendant"; and by striking out the eighth subdivision of said second paragraph, and also the third paragraph, of said order.

ELLIS v. HEARN. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Edith H. Ellis against George A. Hearn. No opinion. Motion granted, without costs. Order filed, See, also, 116 N. Y. Supp. 977.

ELY, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by George Burke Ely against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

EMPIRE BRICK & SUPPLY CO., Respondent, v. DENIKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Empire Brick & Supply Company against Mary T. Denike and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

ESPOSITO, Appellant, v. SOCIETA ITALIANA DI MUTUO SOCCORSO DI BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Guiseppe Esposito against the Societa Italiana Di Mutuo Soccorso Di Brooklyn. No opinion. Motion to dismiss appeal granted, with costs.

FARRELLY v. SKELLY. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Stephen Farrelly against Mary A. Skelly. No opinion. Motion denied, with $10 costs. Order filed. See, also, 115 N. Y. Supp. 522.

In re FEUCHTWANGER. (Supreme Court, Appellate Division, First Department. April 30, 1909.) In the matter of Sigmund Feuchtwanger. No opinion. Reference ordered. Settle order on notice.

FISHER, Respondent, v. WAKEFIELD PARK REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Anthony Fisher against the Wakefield Park Realty Company. No opinion. Order affirmed by default, with costs.

FITTON, Respondent, v. HUDSON RIVER WOOLEN MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Henry H. Fitton against the Hudson River Woolen Mills. No opinion. Judgment and order unanimously affirmed, with costs.

FLEISCHNER, Appellant, v. LEFSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Yetta Fleischner against Morris Lefstein and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

FOSTER et al. v. JONES et al. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Frederick D. Foster and another against Augustus L. Jones and others. No opinion. Motion granted, and time to file and serve printed record on appeal extended to May 1, 1909. Settle order on notice.